UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY MICHAEL COLUMBARE, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:21-CV-0297-B-BK |
| | § | |
| | § | |
| SOUTHWEST AIRLINES, CO., | § | |
|     DEFENDANT. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff must file an amended complaint within 21 days of the date of this order or this case may be dismissed without further notice.

SO ORDERED this 4th day of March, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY MICHAEL COLUMBARE, § <br> PLAINTIFF, § <br> § <br> v. § <br> § <br> § <br> SOUTHWEST AIRLINES, CO., § <br> DEFENDANT. § | CASE NO. 3:21-CV-0297-B-BK |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff must file an amended complaint within 21 days of the date of this order or this case may be dismissed without further notice.

SO ORDERED this 4th day of March, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE